J. Mark Meinhardt, SBN #027868
Meinhardt Law Firm
1 East Washington Street, Suite 500
Phoenix, Arizona 85004-2558
(602) 714-7139
meinhardtlaw@gmail.com
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

**ELMO WHITSEY**,

         **Plaintiff**,

v.                                        **COURT FILE NO.: 2:13-cv-01827-NVW**

**PROTOCOL RECOVERY SERVICE, INC.**,

         **Defendant**.

---

## NOTICE OF SETTLEMENT

---

COMES NOW Plaintiff by and through his attorney J. Mark Meinhardt and for his Notice of Settlement, hereby states as follows:

1.      The Plaintiff and the Defendant have reached a settlement.

2.      The Parties will file a Notice of Dismissal with Prejudice with each party to pay his or its own attorney's fees and costs once the settlement documents have been executed by the parties and delivered to all counsel and the Plaintiff has received the settlement funds. The parties expect this to happen within the next sixty (60) days.

                                Respectfully submitted,

Dated: October 31, 2013                  /s/ J. Mark Meinhardt

                                   ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that on the 31st day of October, 2013, I filed and served the foregoing document by electronically filing it using the Court's CM/ECF filing system and that all counsel of record received service of the document through that system.

/s/J. Mark Meinhardt
J. Mark Meinhardt